C 7   7 9 8

AO 241
(Rev. 12/04)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

07 - 7 9 8

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): <br> Guango Fitzgerald Convea | | Docket or Case No.: |
| Place of Confinement : <br> Department of Correction Center | Prisoner No.: <br> 186807 | |
| Petitioner (include the name under which you were convicted) <br><br> Guango Fingell Convea | Respondent (authorized person having custody of petitioner) <br><br> v.   Stat. of Delaware. | |
| The Attorney General of the State of ) | | |

THE Department of Correction on 1181 Paddeck Roo
Smyrna Del. (9877)

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Superior Court Kent County State of Delaware!

    (b) Criminal docket or case number (if you know): 0 2050 13 | 82,   0 607006 | 46 >

2.  (a) Date of the judgment of conviction (if you know): OCToBEr, 26, 2007
    (b) Date of sentencing: EFFective OCtober 11 2007

3.  Length of sentence: _a/A_

4.  In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

**FILED**

**DEC - 7 2007**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

BD scanned
NO IPP

6.  (a) What was your plea? (Check one)

    ☒ (1)   Not guilty      ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty          ☐ (4)   Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

*I did not Plead to Nothing*

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☑ Judge only   *No trial*

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☐ Yes   ☑ No

9. If you did appeal, answer the following:

(a) Name of court:   *Post Conviction File*

(b) Docket or case number (if you know):   *File in Supreme Court Appeal ) 581>*

(c) Result:

(d) Date of result (if you know):   *No Answer yet*

(e) Citation to the case (if you know):

(f) Grounds raised:   ~~THE~~

(g) Did you seek further review by a higher state court?   *oriel*   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court:   *Supeaer Court No Asnwer.*

(2) Docket or case number (if you know):   *Not yet*

(3) Result:

(4) Date of result (if you know):   *Not yet*

AO 241
(Rev. 12/04)

(5) Citation to the case (if you know):

(6) Grounds raised:     O 2o 5o 13 i 82

                        O G o70o6I 46

                                                    error
(h) Did you file a petition for certiorari in the United States Supreme Court?        ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):     No 1 Yet

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

       concerning this judgment of conviction in any state court?        ☐ Yes     ☒ No

11.    If your answer to Question 10 was "Yes," give the following information:

       (a)    (1) Name of court:     Supreme Court Kent County Superior Court
              (2) Docket or case number (if you know):          O 2o5o13182
              (3) Date of filing (if you know):                 0607oo6I 46

              (4) Nature of the proceeding:

              (5) Grounds raised: Why did the Probation officer Arrested curred
       Later data For the Tasc, A Few month Later) on the frame >

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes   ☒ No

(7) Result:

(8) Date of result (if you know): N/a j

&AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:    *Kent County Superior Court*

(2) Docket or case number (if you know):    *0205013182 7   0607006146*

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:    *The Probation Office. Had Waited One Month. To Arrested Corras. For Tase, After Nly Where Aware' of it*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes    ☐ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

Situation

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes    ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?                    error

(1) First petition:    ☐ Yes    ☐ No  I gave more Information on this

(2) Second petition:  ☐ Yes    ☐ No   Situation

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Probation officer Has write to Long to Arrested Corven After they
was aware of this Sitaudr Start

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Why did the probotion officer Later Two Moth. To to Arrested Correa,
But not this Tase) Which is the one Comph Complain,

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

*Post conviction*

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:
*Deleware State*

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No x snow

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): *58'.*
Date of the court's decision: *The Worled*

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: *THE Department of Corrention So Wholel, Corres At Lenl V, For Level 4, While Wrintin for Bad Serper. Availble For Creat)*

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Why did THE Probation officer Arrest Corren After. THey was aware A month Later) THEy was Both aware of THE situation)*

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

*error* ☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _581_
Kent County SupReme Court.

Docket or case number (if you know): _581_

Date of the court's decision: _No decision As yet_

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :
have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Court System if Someone violated A Probation 21 time
Why are they Still on Probation and Still get other
Level III Probation And Jail time J what do you call THAT

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No    Count keep trowing it down

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?        ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?        ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:
Superior Court 38th Game Dover Del 1.990(

Docket or case number (if you know):

Date of the court's decision: Went along With TSAc

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?              ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?         ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): S S (

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

Page 13

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☑ Yes    ☐ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.    CRIMINAL ACTION NUMBER V K06-07/0988-01   020503182

Violation of Probation

FALSE STATEMENT

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☑ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241
(Rev. 12/04)

Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:  Sentury order

(a) At preliminary hearing:  No

(b) At arraignment and plea: No

(c) At trial:  No

(d) At sentencing:  Own

(e) On appeal:

(f) In any post-conviction proceeding: No

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/a

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging? .        ☑ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

2year-Level III in Sussex County STATE OF Delaws.

(b) Give the date the other sentence was imposed: 2001

(c) Give the length of the other sentence:  5 a 55-c    Count

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☑ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____Perc Sec_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  11/27/07  (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *

① ~~[redacted]~~

THIS
~~For~~ is A Petition For A writ of Habeas Corpus,
All THE real Relief Petition For Relief From Conviction or Sentence
By A Person in STATE Custody
① Petition under 28 U.S.C. § 2254 For A (writ of Habeas corpus)

① To use THis Form must be A Person who is Currently Serently
Sering A Sentence udcr a Judgment against you in a State
Court you Are asking For Relief From THE conviction or THE
Sentence   THis Form is your Petition For (elief)

Gopango Fitzgerald Correa

vs.

THE STOE of Delaware,

① On THE Above And date October of 26th 2007)
On Case number For Kent County Superior Court) STATE of
Delaware: CASE Number: 0702501318272② 0807006146.—
Criminal Action Number, ①V1606-07-0988=01
VIOL %/Probation Orig CHARGE) IDENT THEFT>6 2
YIL 07-05-0782-03 VEOL %/probate orig CHARGE②Assault 2Nd)

As To VK06-07-0988-01 TIS 11 Del. C. 0854000  FB
Viol %/Probation ~ Found in Violation



THE Key hers

↓    ↓    ↓    ↓

2    ① All previous terms and Conditions Are reimposed

Lets
Argument
STarTed Hers

TASC > And THe Probation ① was aware of THe Conditions
of A ① E Videnc) ② positive drug test Results)

Positive drug test results were sufficient To Prove by
Preponderance of evidence THAT defendant Violated)
Condition of his supervised release by Possessing
and using Phencyclidine even THough defendant >
Had not Had any other Positive drug test Results during
Correa 5 year of Superiséd release →

Points
and
Issue

drugs test

① Supervise release ② Positive ~~test~~ Results
③ Tasc ④ And THe Probation officer was Aware
of (Both time) LeT Demonstrate > ⑤ STatement By THe
Probation - officer, By mike Young) Satment, Mr, Correa you Know
you Have Two drity Urine ① THey was no Preliminary Hearing
you Knew when you are going, Correa said yes) No Problem) & THere was
on more drity urine, From THe Both of THem, THe Probation offce
⅓ THe tasc) As THey Knew, of THe situation, A few month Later)
① Correa was on Level ♯ For one year) THe Probation officer
mike Young told Correa come In 2weeks, on Level 3 Probation
THe Probation, toll Correa THAT He was going To drowg Him down
every two week on Level III Probation) And it STand) Two
week on Level III) THe real question) where was THe
Violated of Probation Come End AT, And Uncorrect error

question

my question is why did THe Both waited To Arrested Correa
For A drity Urine, A few month Later, question why did THey
did Not ~~Arrest~~ Correa on THe First days when Testing
Positive, on THat Result, Because ~~she not~~ THEy did have even Evidence To do
There Completed Investigation, on THe situation →
Now To Correa Knowlegs, you Suspost To Have A →
① Preliminary Hearing > 2 And Cass View →

3

But it was not e with one above. How the Court system has play in this Evet, ) this where the ① Constitutional Law come end at ① The Court system did not require Correa's with Challenging ② with Any the Right Process ) Superior Court CASE Load under ) ② 0205013182 ) 0607006196 And this was from the Orignal, Ghargs of Assault 2nd )

For this Petition state every ground on which you must Claim that you are being Held in ① violation of Constitution Law or treaties of this United States attach additional page if you Have More than Have More than four grounds ) state the Facts supporting each ground

① One ground ) why did the Probation office waited to arrest Correa on A Z Accout DIE, of TASC In Formation Later Proid ) or Date, ② My Freedom, that Correa Had to Study Job Z While Working of this Job There was a Check was Comming end And also Correa had a Home to Live In )

② A probationer For whose return A warrant cannot be served shall be deemed A Fugitive From Justice or to have fled From Justice ) If it shall appear that Probatiouer Has Violated Probation or suspended sentence the Court shall determine whether the time For From issuing of the warrant to the date of the Probatio Probationer's Arrest, or Any Part of it shall be Counted As time served on Probation or suspended sentence )

The Justice of the Peace Court shall have Jurisdiction over violations of Probation where such Probation or Suspension of sentence was Pursu out to an order of the Justice of the Peace Court

4

NOW BACK TO THE Argue' question) question one why did
And THE Probation office And Tasc waited to long Before
Arrested Cannet  Why waited)

INvalidity oF a sentence Placing a defendant on Probation is
in itself ground for Holding invalid a sentence Imposed
revocation. invalid Then THE Sentence later imposed upon
Fevocation, revocation oF Probation and hence if Judgment
suspending SENtence and granting Probation was Invalid Then
THe sentence later imposed upon revocation oF Probation Stood
As Valid sentence imposed for crime of which defendant
was originally Convicted) 18 U.S.C.A. §§ 3651 - 56 56)
Davis V Parker 1968, 293 - F Supp 1388

Term    original sentence with meaning of Statute under which
Probationer) was found in Possession of controlled
substance      would be sentenced to Not Less
Than One-Third of THE original Sentence refers to original
Period oF Incarceration To which defendant could
Have Been sentenced rather Than term oF Probation
Actually imposed 18

A probationer For whose return A warrant cannot be served
shall be deemed a Fugitive from Justice or to Have fled From Justice
iF it Shall appear determine That probation has vio Lated
Probation or warrant to the date of the Probationer Arrest
Probation or suspended sentence THE Court SHALL determine
Whether THE time From issuing of THE warrant to THe date
oF THE Probationer Arrested or ANY Part oF it SHALL be Counted



26) 940 F 2d 877   910 F2d877.3 Fed Sent R. 26   Cite AS 940 F.2d 877

U.S v Blackston, CA3 DE11 1994          Criminal Law, 114 = Review of legal
                                                               5-81 2007
Proceedings) on Cass Courea vs THE STATE OF Delaware / 02050131827060700146)

① Record Established that court's reference to revocation of defendant's

original sentence for violations of Any that of condition of supervised
                          (4) dc
release was misstatement and that court in fact Properly intended

to revoke only supervised Release) on July 27, 2007) From the

Key West, on 2008 Green Bank Road, Wilho DE!

AS Courea Has show ALL issue in this Proceeising ② Now To
                ①
Demonstrate How The Probation, office was Aware of the condition

But did not Process the condition on A drity urines tested of

illegal drugs) Revocation of defendant's supervised release was warranted

For violation of condition of supervised release, where defendant admitted to usin

illegal drugs and His urine tested positive for Cocaine twice And conditi

of supervised release was not to use "Llegal drungs 18 USCA 353

(6) misstatement on How THE TASC. And THE Probotion officer mAde THey Report, on THE Arrest. Correa on WHAT WAS THE Ground For. relief, (1) WAS dirty urine specimens) THAT was the Condition — of Probotions But THE real question (1) Why WAit A few month or A few days To Violoted Somebody Probotion, as I stoted THE Probotion

(2) THE TASC was aware and did not do anything About it into later IN THE month, To Arrested Correa, was unSatisfiled Condition (3) No PHone Call

(4) No visted 7 Reason, why (1) Correa was getting PHone Service Hook -up in His own Resident, At 59 WoodvilliE Dr magnoIA Del, 199462/302]697-6233 →

No error Listed (5) LST Demonstrate on How TWO Individual Communication with each other (1) TASC And THE Probotion officers How THEy Were TRy ing To move THEy Paper work THE Legitoment So THE Court Can Approval THEy Paper) on Miss totew) Communicotio Now I THE Both WAited A minut To Arrest Correa on THE Account OF urine Sample U.S.CA. Const. Amend. 5 U.S. V McNickles. 1996, 998 F. Supp 345 Constiutionul Law 270(5)

⑦　Due Process of Law

①　Supervised release officer's one-year delay in reporting
defendants violation of supervised release condition
by possessing and using PHencyclidine did not violate
defendant's due Process rights defendant's ability to defend
against revocation based on that charge was not
impaired, even though His urine sample was no longer
available for retesting e.s.c.a

The due Process Clause and the Fundamental Fairness
standard of a Hearing to revoke Probation of Probation
required the appointment of Counsel at a Hearing
to revoke Probation following a acquittal the trial
Court made a sua sponte finding that a Preponderance
of the evidence established guilt and That the
Probation was Violated

Trial Court Could not impose a sentence greater ~~Five year~~ Than
5 year  sentence, when sentencing which ~~cost~~ was all
that remained of defendant's original five-year
sentence, when sentencing defendant after a Probation
Violation and thus remand for resentencing and
was required Monster v. State 909 A 2d 594)

IMCuong Fitzgald Cronce

SBI# 0.150101　UNIT Pod 5

CENTRAL VIOLATION CENTER

P.O. BOX 5003

SMYRNA, DELAWARE 19977-5003

UNITED STATES POSTAGE

$ 01.31⁰

02 1M
0004235940　DEC 06 2007
MAILED FROM ZIP CODE 19904

PITNEY BOWES

U.S.M.S.
X-RAY

Clerk United States District Court

844 King Street

Scott

Wilm Dl 19801