① In the State of Delaware For The US District Court of Delaware

**FILED**
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Correa

vs                                    Case Number 107cv798

State of Delaware Branco,
Central Violation of Probation
Po Box 5003 Smyrna DE. 19977         Judge Name Joseph J Farnan
Date 1/15/08 Correa Just Gotton Ig This Information

On October 16, 2007 ① George F. Correa was Arrested By The Delaware State Police Troop 3 Dover Delaware) on Account of ② Ident Theft. ① 0607006146 70 2050182 Orignal Charger ① Assault 2nd) on May 24 2002 Correa was Sentecing To A Total of Five year Incarcerated) with one year level 3 Probation) Beyond That, 5 year. That Charger Should Had Been All done) But Know The State of Delaware Has Continuing To Abuse The system) question ① Where A Judge Can That All Previous terms And Conditions Are reimposed !!!

Where All Previous terms and conditions are reimposed !!!
The Argument This Came From All The Orignal Charger of ① First Degree Robbery
Comes Into ② Conspiracy ③ Assault 2nd But The State of Delaware Has Nolle Prossequil ① First degee Robbery ② Second degee Conspiracy) Leving A Charger Call Assault 2nd) From May 2002 Arrest, Lack of Communications Now Let ① Demonstrate ② Kent County Court House Prothotary 38 The Green Dover Delaware Telephone Number 739-5328 Fax 1739-3184 ② Let Me Talk About That Prothontary Officer) question At one Point Correa Went to the Probationer Officer on Wesday every Wesday To See His Probationer Officer 'Dover Probation And Parole 511 Maple Parkway Dover, DE 19901 302-739-5784



Ask for Michael Young he was the Probation officer to Arrested Correa on October 10, 2007.) Rewind Back, Mr Young has took in his Computer saw a warrant for a Capias out of the Kent of Superior Court 38th The Green, Dover, Del. So the Probationer office Michael Young told Correa to go over there and take care of that situation, knowing at that time Guango Correa has his mother with him name Doris Correa we Both went to the Superior Court/Prothonotary officer out of Kent County State of Delaware) A (Confusing Situation) they was a mistake in the State Notion wide or Word wide Computer System) you Talk about demonstrateding is this enough of demonstrateding, the Prothonotary officer has a warrant for Guango Fitzgerald Correa for a fine that need to be paid) At that time Mrs Doris Correa had spoking up) in told them that she paid all my son fine once a month when his SSI Check come in at the First National Bank of Wanning ① the Woman that put the warrant of a Capias out in her Computer she had Recorrection it right there, ) she had state that you Correa must go to the Delaware State Police State Bureau of Investigation 1407 N Dupont Highway Dover, Dupont Highway Dover, DE 19901 (302) 672-5310 > So ① This is the question the Kent county State of Delaware. Prothonotary Superior Court said that Correa has 73 Arrest of his Criminal History Record, Now if Correa recorrect the First Accident question How many more the Prothonotary Make A mistake) Another ② Sussex County State of Delaware Sussex County Superior Court, has a Shoplifting Charger in Sussex County Superior court) under Guango F, Correa was Arrested by the Delaware State Police. Troop 3) They Arrested Guango Correa for the State identity was stove Stolen was from other individuals A/K/A List of Alias) Now Correa was transferr from the Department of Correction Center to ① Delaware Correctional Center 1181 Paddock Road Smyrna, Delaware 19977 Transfree to Sussex County Stat

③ Transfer

Of Delaware to Sussex County Superior Court under David Eugene Jonse 1622715B; DOB 8/13/63' While Correa was transferr. From the Department of Correction under a Shoplifing Charger, when Correa got to Sussex County State Superior Court in Sussex County State of Deloware State Georgetown Delaw Troop Has Identity that Guongo F. Correa was not who they wanted in Judge Scott Brady State of Delaware Has Identity and pull out of the Legal Large Brew 9.5 x 12 medium Envelopes with Identy A Picture of David Eugene Jonse who they wanted not Guongo F, correa 180807 3-4-65 7 Judge Scott Bradly out of Sussex court Superior Court. Out of the State of Delaware said to Correa you need to go with your others Public Defender office Ms Sandra Dean, she was aware of this situation and number 302-739-4455 Has Written A letter to the Deputy Attorney General Explane that Correa Has A Cousin Has Been use His Name and was Charge on Guongo F, correa ① Criminal History Record and His record Need to be Expunged But they was no Asanum From the Attorney General No Information As of today So that call False Imprisonment ② Criminal ③ In Prosioinment ④ False Arrest by the Low-enforcement, officers And was Inceration under the Wrong Inidentity Guongo Correa need to get His Record Criminal History Record, Expungement

↑↓ All Previous terms and Conditions Are reimposed !!!!!!!

Existencing Criminal History Roter Record

Explance Back In 1999, Guongo Correa was Arrest By the Deleware State Police Started From Troop 3) Has came to Address Apt 3 8987 Canterbury Road Felton Delaware. 2002 Arrest to Arrested Mr Guongo F, Correa For the Wrong Identity of David E Jonse Correa was Push on the flood, with Hands Beyond His Back and Tooking into State Custody By the Low-enforcement) under A/K/A David E Jonse As Guongo F, Correa Now AS A/K/A Who is the Right Person the Charge. Belong Two To Who That the Real Question

④

I

As To Previouse terms And Conditions All reimposed!!

*Correct File The Proper Pecessing But it was Dismiss*

Now Correa Has try to Address this issue Twth the Kent County Prothonotary Office in the Superior Court, on the Petition AND① For A Post conviction Rule61. That was Not grant it was deny in the Court of Kent County Superior Court.) On that Petition For A Post convict Rule 61) On couples of Legal material But the Court System did not want to Here it on the wrongfull of Justice And this wrong wrong full of Prosecutor! Now my question Since 1999 Guango Correa try To Explane in the Kent County Superior Court to get they attention on this difficult situation on A List of Alias) Vs Guango F, Correa ① Criminal History Record was Violated By the State of Delaware② David Correa Has File A Legal Petition For A Name of Change in the Court of Comm pleas Dover DEL. To Changer is old Name From Guango Correa To His New religious) But That Petition was Dismiss For the Reason By the State of Delaware Attorney Generals office Carvel State Building 820 French Street Wilmington DE 19801 Ms Water, Stats That Mr Correa Has Use 11 Alias and the Name is All over Correa Criminal History Record And Court Docked out But When Correa get submitt to the Department of Correctional Center He use his Legitimus Name That is Guango F, Correa That Petition For Name of Change is Dismiss/Questions That is the Fourth Amemded was Violated By the State of Delaware Correa Constitution-Right the Fourth Amendena was Violated!!! By the State Of Delaware the Next Step Correa Try To Explane To the State of Delower Kent County Supreme Court I Has Appeal That Decision.) Two the Delaware Supreme Court. To Address That Case Number 301, 2007 And Try to Explane that issue of A LIP A List of Alias And A Charger that was on Guango Correa ①Criminal History Record) was Remove And The List was Remove But wait a min, The Delawar Supreme Court did get my Attention About the List of Alias On the list Page of the Superior Court Docket

(5) And the list of Alias was on Correa Criminal History Record And Some of David E Jones Charge was also on Correa Criminal History Record) Now let demonstrated Correa Has written a letter to the United State Federal Bureau of Identification West V, Criminal Service Center In my letter to them I explane to them that I Have a cousin, that was was usd my Name in His Charge is all over my Criminal History Records what the United state Department of Justice did. Has Repond Back in thers letter. to Correa, Said that they need to get a set of Legal Figer Prints from you) So the United State State Marshall Came to the Department of Correltown on Road 1181 Paddock Smyrna, DE 19977 received room and Correa to the received room for set of, Figer Prints Foryou) Toget This Investigation Started By getting a legal set of Figer Pring From Guango Correa your a set of Legal Figer Prints So they can do the Completed Acess to see if David E Jones Charge was on Correa Criminal History Record! And it was Charge were on Correa Criminal History Record) the Question

Here Correa Has a Legal set of Driver Linces) Guango Correa is for for from Felton Delaware 59 Woodville Dr. in Magnord Del 19962 302-697-
Demonstrated  with ever a Landscaping Business, when Correa goes to a gas station to get gas the Police State of Delaware State Police Troop 3 pull Correa over For a Traffice Violated, By the Law-Enforcement officers run a Nation wide Computer System Check in Thers Computer System And gust what Correa is wanted By any State court Correa XXXX Driver-License was suspeded By Putting the Wrong Information In the State National wide or world wide Computer System This Been going on Since 1985, And Correa Driver License is still suspeded in the State of Delaware) This reason Why (Lack of Communication) After All this Correa will Lost His Tranportion And Job in go to Jail) Beyond this Situation) After this Criminal Impersonation Correa Has Been going to Jail And An in And out of Jail Since 1985, And Also Been Pay on His Find under A K A

This is the Supreme Court - Decision

(6)

Back to the Supreme Court of the State of Delaware

Submitted 3ol 2007,  October 4, 2007  Decided November 20 2007
Before STEELE, Chief Justice, HOLLAND and JACOBS, Justices

order

This 20th day of November 2007 upon consideration of the Appellants opening brief and the Appellants motion to Affirm pursuant to Supreme Court Rule 25(a) it appears to Court that

(1) The defendant-Appellant, Guongo Correa Filed an appeal from the Superior Court, May 22, 2007 order denying his Repetitive motion For sentence modification. The Plaintiff-Appellee, The State of Delaware Has moved to Affirm the Superior Court Judgment on the ground that it is manifest on the Face of the opening Brief that the Appeal is without merit We Agree and Affirm

Law? and? (2) In November 2002 Correa pleaded guilty to Assault in the Second Degree, He was Sentenced to 5 years of Level V Incarceration To be Suspended after 2 years For 2 years and 9 month of decreasing levels of Supervision question Correa did 24 month Incarceration And 1 year Level 3 probation) Mistake Here) Accounding to the Supreme Court Paperwork, it said He was Sentenced to A total of 5 years of Level V Incarceration, to be Suspended After 2 years) Correa did 24 month Incarceration, and Had 1 year Level 3 Probation) To followers

↓ By Correa Has Violated, Charger And did 13th month Incarcerate. and Correa violated The term of Probation, and After Correa Had did 30 day
Mistake Incarceration) This is where Correa was Supost to Have No Probate
He → To follow By April 22-05) No. Probation, But the Mistake is That the Kent County Superior Court Resentent Correa Back to 1 year Level 3 Probation) Just to Keep Correa in They System To keep Violated His Probation, Correa Probation, In playing with Correa Lift By Been Incarceration) That the State Attony General Abuse the People Playing game with the System

(H) STILL INCARCERATION?

And why Corren said THE STATE OF Delaware Has Abuse THE System Here, where it say ①
All Previous terms And Condition, are Te imposed
And THAT is A merit on Any Body Legal Court Docket Access in THE Court System (Clearly Violated) But my question
IF I did not Caught THIS mistake How many More time would THE
①.X Deputy Attorney General made mistake, Before you can Caught it
But dont want to ReCorrect His mistake they way Back to THis Sentence! As Corren state He did 21 month only, with 13th month, and 30 days and Still Has Probation To Follow By 1 year Level 3 Probation. Now According to THE Delaware Supreme Court Docket. VOP in April 22 2005. (What Violet that Probation.) THE term of THAT Violated Corren Has // ALIAS NAME On His Criminal History Record) And Has A loT OF Charges on His Criminal History Record) That what dont belong to Corren) so That was the Term of Violated of Probation And along with THE July 2006 In May 2007. Violated) your Criminal History Record, WHAT THE State of Delaware Look at) in Court. your Criminal History Record wants agoned State of Delaware. I say There is no Abuse, Had Been done, On THE Court. Be Have, no Abuse!!!!!!
Leaving A question, WE Are Know that THE System Has Abuse people Just to keep people in THE System) To Railroad Railroading Them) And That is Sick)
    ↓ ↓ ↓ ↓ ↓
All Previous terms And Condition, All reimposed!

(8) ALL Previous term AND Condition ALL reimposed

THE reason why I keep Bringing this up is to SEE the only diffence. Previous term You Can, Violated the term of Probation. The term of Probation on Level 3 Probation ① A Curfew 10:00 pm and ② A dirty urine) and Return Capios) And Determine and don't forGit ALL TASC, they are our ENemies) And the Deputy Attorney General, that is the ENemies) They will do ALL they can Just To keep you Beyond the Bar! if you Let them do it to you

Closting my new Let Take to this CHarge CALL Criminal Action Number VK06-07-0988-01, Viol o/ PRoBation /orig CHarge IDENT THeft VK02-05-08203 Viol o/ ProBaTN orig CHarge ASSAULT 2nd Commitment

Now this 26th Day of October 2007 It is the order of the Court That the defendant is found in Violation Defendant is found, IN Violation Defendant is Sentenced as follows

Effective ✓ October 11, 2007 THE defendant is Sentenced as follow

The defendant is Placed in the custody of the Department of Correction For 8 year(s) At Supervision Level 5 - Suspended For 1 year(s) AT Supervision Level 4 CREST

Appoint Address Now the State of Delaware For Kent County State Police gave Troop 3 Guango Fitzgerald Corea gave, Correa 25 Felonies on IDent Theft THE State of Delaware Kent County Attorney General took That and run. with it ① knowing A Judge From Troop3 Police Station, State of Delaware, Camden Wyoming Delaware) From There Video Tape That Judge gave Guango Correa unsecured Bail For each CHarges For all 25 Felonies) Now if That Judge knew something was wrong with That Picture question why cant the state of Delaware can under stand something was wrong with that Picture

(9)

Condition

All Previous term and Condition All reimposed Now as Guango Fitzgerald Correa Could wait for the Attorny General they ~~cont~~ Count Clound not wonted under to theirs saw the 25 Felonies) on Ident Theft over 627 question. Here

Sir,

Let Toke About This

Guango Correa has Brought a Pice of Property from my Grand fathy to Rent to Own, Pay the Borgage on the Property of 58 Woodville Dr Magnolia, Del 19901 Explane) This was the Frist Time Guango Correa has Brough Something of His own Now I let Some people to come over my House, I did not know they was going to steal any thing out of my House. Guango Correa was Unware of the situation, unle the ~~Polic~~ Polic has arrested Correa for Ident # Theft) and has 25 Felonies) now let talk about the Check that was stoneing From my Grandfather) same property that I was buy) From Him) at one point that state police said someone had been cashing them at the Frist National Bank of Wyming Delaware, question. The state of Delaware did not know that Guango Correa deal with the Same Bank and a ⑧ Have a Bank Account they at the Frist National Bank of Wyming) so, Correa has been Dealing with the Same Bank for year(s) That what they dont know, (Not) they Have my picture of the Video Taps at the Frist National Bank of Wyming Delaware! if you need to call them here is the telephone number: 800 S Governors Avenue Dover Del (302) 674-3666, at the Frist National Bank of Wyming This is where the State of Delware For Kent County going to make there mistake at Here 🡅 🡅 🡅 🡅 🡅 🡅 🡅 🡅 Call Ms. Barbara - Harris - Branch Manger Now my question is When the State of Delaware Find out Correa has been Robbery what are they going to do. Having a question Correa is Incorcorated on his Charge Call State Ident - Theft VK02-05-0782-03 Violation of Probotion @ 0205013182 0607006146 Origol charger Assault 2nd * Here we go again —



All previous terms and conditions are reimposed all in the being of the original charges- ASSAULT 2nd)

question: Where did Correa violated his probation, on what terms) ddd under this case number. 0205013182 7060700646

WHAT Violated the terms - Probation)

Let Talk about Crest Program, And TASA And The Probation Correa has got out on July 27, 2007 Release. Supervision Release From the Department of Corrections Release. Correa has to go to TASC. Evaluation And monies and go to Level 3 Probation, on Wesday) the Probation has drop Correa to two week to Level 3 every two week Correa was doing and working at night paying his fine- and going to TASA and now a few month Correa a drity urine, TASA) And his Probation office has knew about it two month ago, but the Probation Said don't do it agent so Both was aware of it that was not Problem with that now question is why TASA could not arrest After Both was aware of the Problem to and TASA wanted to arrested Correa 2 month ago, There just be a time frame to make Arrested) for having a drity urine,) The question they did not Arrested Correa on a drity urine But what the TASA and Probation, They waited a few month to arrest Correa on) Here we are here 1) for not going to TASA. Appoint That Why the Probation office have to Arrest Correa a few month Later on October 11, 2007. For not showing up at the TASC. Not Probation Probation could not violated Correa on any terms of Probation. So But the Probation has to come up with a violated) to get Correa arrested and find out on what condidition to violated Correa Probation and as I said there is a time frame) Now Correa was Arrested on October 11, 2007) Now Correa wanted to go to court for a Violated of Probation, on October 26, 2007 For a violated of Probation the Person who came to court of the October 26 2007 was TASC the Probation did not show -up But the PO Arrest Correa for TASC

(11)

TASE Stand-up in Court in said that Correa did not show-up for an Appoint Appoint (that was a lie) so Tase did to make Correa Look Bad in Court) And then, Bring Back the Pass about the dirty urine and not where the Crest come in or Judge William L Wisham Has ask the TASE what do they want to recommendations) To the Court? Dwell in Mi's case? They dirty game! First recommend Crest and one year Level 3. Probation one year After-Care! "your Honor, Now your Honor Guango Correa Has Explain All the Right—

Brown vs tate, 1968 - 249 A 2d 269  U.S. Umchickes 1996 948
USCA Const Amend 5 —   Constitutional Law —
        Goldstein v Delaware Bureau of Adult Corrections
1986, 931 F supp 284)   Honaker vs State. 909 A 2d 594
Unreported 2006)    Davis v Parker, 1968 293 F Supp 1388
US v Gordon 1992 F2d 426 — Some of those spoke on the term of Probation) In Court US v Sczubelek 2005 402 F3d 175
Perry v State 1988 741 A 2d 359) Lopez v State 2004 861/A1295
Relief) For A Legal Habeas Paper Documents)
107-cv 00798 JJF Correa vs Bianco et ol

ALL do to Pocess of A Late delyed By the Department of Correction Not Transferr mail to the Right Inmate) As to the Legal Pitition Correa Explane All) The ground For relief) Why the delay in mailroom) All do in Repect. Late mail coming in)

In the State of Delaware For the US District Court of Delaware

)

Guongo Fitzgerald Correa  )   Case Number 107c 798

    vs                   ,   Judge Joseph J Farn

State of Delaware

/

    vs

)

Correa v Bianco

HABEAS Paper Document

SB 00180807
Central Violation of Probation
PO Box 5003
Smyrna DE 19977

1. Criminal INPrisonment
2. False Arrested
3. Wrongfull Prosecution
4. Wrong Identity
5. False ImPreison...
6. Seriously Prosecution

Pain And Suffing

Lost Wags

After All This Information All Aboove And The Department of Coirction Said Corren is un Aplete to Go And Progran

Total $1,000,000.00

Thank you

## Other Orders/Judgments

1:07-cv-00798-JJF Correa v. Bianco et al
HABEAS, PaperDocuments

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 1/9/2008 at 4:21 PM EST and filed on 1/8/2008
**Case Name:**          Correa v. Bianco et al
**Case Number:**        1:07-cv-798
**Filer:**
**WARNING: CASE CLOSED on 01/08/2008**
**Document Number:**  3

**Docket Text:**
ORDER DISMISSING, WITHOUT PREJUDICE, application for writ of habeas corpus for failure to exhaust state remedies; the Court declines to issue a certificate of appealability; (copy to pltf.)(CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 1/8/08. (bkb)


**1:07-cv-798 Notice has been electronically mailed to:**

**1:07-cv-798 Notice has been delivered by other means to:**

Guango Fitzgerald Correa
SBI# 0018087
Central Violation of Probation
P.O. Box 5003
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/9/2008] [FileNumber=500035-0]

[681ea15df3d978f0ee7caae13afaa144f5909ac2dfd56a0ba340e2390a6a9eb5d5e4d
c20dd15921eb9d3681a7e27e0e765163d955c481ac37894206dbf2f387b]]

INM Gurnso Correa Amune
SBI# 00180RO UNIT Red
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

$ 00.$
JAN 24
MAILED FROM ZIP CODE 1

Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilm, Dela, 19801