IN THE United State District Court
For the District of Delaware

Guango F. Correa        )
        Petitioner      )       Civ. A. No. 07-798-JJF
                        )
Vs                      )                [FILED
                        )                 FEB -1 2008
Vince Blanco, Warden,   )              U.S. DISTRICT COURT
and Attorney General of the )          DISTRICT OF DELAWARE]
of Delaware             )

Notes To Family Court. I Have Sent you Some Legal Copy of the United State Federal Bureau Investigation Criminal Seven Investigation Out of West V. In That Letter Correa Stoted The Federal Bureau Investigation Has Remove The List of Alias Off of Guango F. Correa Criminal History Record) And Also Remove Some Charge off of Correa Criminal History Record) Quall Appreciated if you would Sent That Copy To Me, For The reason, Why A Judge out of Kent County Superior Court under Judge William L. Witham Case Number 0602007539 DVK0607094801 This is The Condition, Comments (Sentenced To 8years AT Level 5 Suspended For 1year AT Level 4 Crest, L question Here) upon The Successful Completion of Level 4 Crest Balance of Sentence is Suspended For Level 3 Crest Aftercare Level 4, Hold AT Level 5 until Space is Available At Level 4) and Answer) Back.

Question Back in 2005, Correa was at The Department of Correctional on Level 5 time The Same Court of, Kent County Superior Court under The Same Case Number 0205015182, State That Order Correa, To The Key Program And The Crest Program) But The Department of Corrections Classification Officer. Classification To The Kent Kent County Superior Court To They Respond Guango Correa is Not Copble Of Any Program AT This time

(2)

2005
X dr

Becouse He is under A Docter order as PSCITZOPHRENIA And Can Not Completed Any Program, uder Docter order) Now my question, is THAT, Correa. Has Ability of a PSITZOPHNONLAY In 2005) Now The Same Court Kent Count Superier Court uder Judge Witham Case number 0205013182 - 0607006146) THE Court System trying To Stots Correa in THE State Program To Mrke Correa Crazy So (THy Coy put Correa Beyond Bar For good) So THy Can throw THs way the Key) But one devil is a lawyer) Im May Look Crazy But Im not Stuip) And That ous trurth)② Now THE STATE of Delaure For THE DISTRICT of Kent County Superior Court under THOSE CASE 0607007539 V KC0607098801 Vop -Ident THess 0205013182 0607006146/ THIS Come under Tus Origol CHarger ot ASSAULT 2 02050138A) ALL THIS Long Guanyu Correa Been trying To Get THE United State District Court To understand THE Abuse on How THE STATE of Delowac on How THE Kent County Superiou Court Abuse Correa Life on Both page and Both Sentenced, on Case ① 0205013182 0607006146
Demostra Now AS To THIS CASE Number. 0205013182 > 0607006146 Waiting For the Reslod, The Judge President Judge James T. Vaughn JR) And on THis date October 20,2007 Correa Has File A Petition in THE Kent County Superior Court on Case Number 0205013182 CA No 07M-1011 For a Habeas Corpus) THAT was dismissed And Correa was Etith To A Habens Corpus) THis is THE reason THE ① Petition was dismissed in THE STATE of Delaure Kent County Superior Court, Case Number 0205013182- 07M-1011

Dear Mr Correa.
I Have reviewed your petition for Writ of Habeas Corpus WHich was Filed with THE Prothonotary on October 25, 2007

3

THE Extraordinary remedy of Habeas corpus is not Available where the Commitment is (regular on its Face) Jones V Anderson, Del supr, 183 A.2d 177 178 (1962) Citing Curran V. Woodley Del, supr, 104. 2d 771 1954

Question Here Currently you are being lawfully Held A Level V etc in default of bail) you Are Scheduled to Appear before the Superior Court today your Petition for A Writ of A writ Habeas Corpus is therefore dismissed under Judge James T demonstrated Vaughn Jr.

First the All Corres did not have any bail And Any court Corres was Etitle To A Superior court To A Petition For A writ of Habeas —corpus)

Now my question is this I Have written A Letter to the Public Defender of the State of Delaware) Sykes Building 45 the Green Dover Del (901) on January 8, 2008

State V Guanjo Gomes.

in reply to your recent letter your Arguments and requests Have no Legal merit or relevance, In your Present case you clearly violated many rules of the Program to which y were sentenced. We are waiting for your Psychological evalu Evaluating so that the Judge Can decide the Correct sente

Public Offend name Sandra W. Dean)

A4

On date of 21 of January the Delaware State Hospital Have did they Psychological Evaluation Statement from the Doctor Gusifo Fitzgerald, Correa is A Bi-Polar) now living a question Back in 2005, 1) The Delaware Department of Classification office Has recommendations) that Guango F. Correa is A Pscitzophreta, From 2005, For the Key and Crest) Now in 2008 the Delaware State Hospital Doctor Have recommendation Guango F. Correa As A Bi-polar) 2008)

Leving A Seriously question
1) Which one Correa is Ready For Court Record
   1) Pscitzophreta or A Bi-polar

And Let see How the Public Defender Syles Building 45 the Green, Dover Del, 19901 Mrs Sandra Dean Assistant Public Defender (302) 739-4476

The Court System of Kent County Waiting For the State of Delaware State Hospital Psychological - Evaluation On This Case Number 0602007539 VK0200298601) in this is A Original Charge of the Assault 2nd of May 22 2002 Arrest.

In of this Petition, on the Psychological - Evaluation

message this Process is Late For the reason The Deparment of Correction, Law-Labrary Beyond Rescheduled Inmate Request At Time The Pretrail Law Labrary will ony gave you So much Information on your) Case, And then they will stop like In my case why the Law Labrary officer don't come Back Around, And they would say waited unto you got Sentenceing in The Court. And I thank that is wrong

For The Law Labrary to gave some Information About the case and then they will tell us we will have to wait unto we get Sentenced

Thank for your Attention

On this case of 0607007539 VOP-LIEUT PHOTT and on the origal charges of VOP Assault 2nd From May 27 2002) Now Guonga Fitzgerill Corres 00180807 is Entitled to A Federal Court District, 07-798-JJF District Court Habeas Corpus And this case the Kent County State of Delaware Superiore Court is waiting for the result on this Situation From the Delaware state Hospital) question 1) When the Kent County Superior Court What are they going to Recommendations in this case on 0205013182) 0607006146 VOP) Joint Meet) VK02-05-0782-03.



THIS IS THE Completed turn OF All Conditions is ReImpsed regarding 2002 may 22 Arrested From THE (1) All Previous term oF Conditional Are reImpsed!! ←————→

All Previous Condition Are ~~re~~ term Imposed) ————

① Malicious — Prostitution
② Wrongfull Prostitution
③ False Imprisoment
④ Malicious →
⑤ 14th Amendend was Violated By THE STATE OF DELOWARE!
⑥ Fourth Amended was Allso Violated By THE STATE OF DELAWARE! (irren. Has Address All the issue Above of the Condition on what the STATE OF DELAWARE Has Violated And Abused ⓘ dd Back IN 2002 From Family Court, order ① THE Key And THE Crest on THE Kent County Superior Court, now trying to ① reimburse to long term Crest) in 2008 → View) the Situation Just to make Guango Corres. IN SANE Just to Keep Guango Corres in the System To keep Abuse His Life With goveing him Program. Which THE STATE OF DELAWARE will Abuse him By saying that He is InSane or Crazy) → So that the STATE OF DELAWARE Can play with Some ~~natd~~ Mine) or Abuse Them By putting them in a program, question, Why THE Court System Can not see THE Abuse in Any Condition)

I need to get All ot my Case WHot Is Dismiss or Open, in your Cants at is takes to Long to Hear From you on The LawSuth agast The South vop Building Back In 2002) why it take so long

I need some update matter

George Carros 180801
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

$00.41⁰  JAN 31 2008
MAILED FROM ZIP CODE 19977

Office of The Clerk
United States District Court
844 N King Street Lock box 18
Wilm, Del 19801