OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 4, 2008

TO:   Guango Fitzgerald Correa
      SBI# 0018087
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

*RE:   Response to Letter Dated 2/1/08; 07-798(JJF)*

Dear Mr. Correa:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr.  Please be advised that your case has been closed per the Order dated 1/8/08 (DI #3). Enclosed is a copy of the Order for your records.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc:   The Honorable Joseph J. Farnan, Jr.
enc: Docket DI #3